| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway, Golden, CO, 80401-6002 | DATE FILED: July 10, 2013 10:05 AM |
| **Plaintiff(s)** DENNIS PAPPAS et al.<br>v.<br>**Defendant(s)** AMERICAN NATIONAL PROPERTY AND CASUALTY | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV30211<br>Division: 2            Courtroom: |
| **Minute Order 7-9-13** | |

The Court has reviewed Plaintiff's response to the Court's Notice of Dismissal for Failure to Prosecute.  The Court vacates its Notice of Dismissal.

Issue Date: 7/10/2013

*/s/ Chris Phillips/*

CHRISTIE B PHILLIPS
District Court Judge

*Appendix A-9*