IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-1377-CMA-BNB | Date: October 2, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| DENNIS PAPPAS<br>NANCY PAPPAS<br>**Plaintiff(s)** | *Thomas W. Henderson, IV* |
| v. | |
| KEVIN L. SCHNEIDER<br>AMERICAN NATIONAL PROPERTY &<br>CASUALTY COMPANY<br>**Defendant(s)** | *Elaine K. Stafford* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  2:00 p.m.

Appearance of counsel.

Discussion held on [15] Motion to Strike Plaintiff's Amended Complaint and [14] Motion to Dismiss Plaintiffs' Claims Against Kevin Schneider in Plaintiffs' First Amended Complaint Pursuant to F.R.C.P. 12b)(6).

For reasons stated on the record, it is

**ORDERED:**  **[23]  Unopposed Motion for Extension of Time to File a Response is GRANTED to today's date.**

**The court deems [10] Amended Complaint withdrawn.**

**[15] Motion to Strike Plaintiff's Amended Complaint DENIED as moot.**

**[14] Motion to Dismiss Plaintiffs' Claims Against Kevin Schneider in Plaintiffs' First Amended Complaint Pursuant to F.R.C.P. 12b)(6) is DENIED as moot.**

**Renewed Motion to Amend Complaint is to be filed, if at all, on or before October 9, 2013.**

Rule 26(a)(1) disclosures: no issues for the Court at this time.

Each side is allowed:
10 depositions not including experts, each deposition limited to one day of 7 hours.
25 interrogatories.
25 requests for production of documents.
25 requests for admissions.

Deadline for joinder of parties and amendment of pleadings:  November 11, 2013.

Discovery cut-off:  April 15, 2014.

The dispositive motion deadline:  May 15, 2014.

Plaintiffs shall designate all affirmative experts no later than:  January 15, 2014.

Defendant shall designate affirmative and rebuttal experts no later than:  February 14, 2014.

Plaintiffs shall designate rebuttal experts no later than: March 14, 2014.

Each side may designate no more than five (5) specially retained experts.

All written discovery shall be served such that responses are due by the discovery cut off.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Final Pretrial Conference set for July 10, 2014 at 8:30 a.m., proposed Pretrial Order to be submitted on or before July 3, 2014.

Court in Recess:  2:20 p.m.     Hearing concluded.     Total time in Court:  00:20

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119