IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01877-CMA-BNB

DENNIS PAPPAS, and
NANCY PAPPAS.

Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY,

Defendant.
_____

# ORDER
_____

The parties appeared this afternoon for a scheduling conference.  At that conference, we discussed the following pending motions:

(1) **Motion to Dismiss Plaintiffs' Claims Against Kevin Schneider In Plaintiffs' First Amended Complaint Pursuant to F.R.C.P. 12(b)(6)** [Doc. # 14, filed 8/26/2013] ("Schneider's Motion to Dismiss");

(2) **Motion to Strike Plaintiff's Amended Complaint** [Doc. # 15, filed 8/26/2013] ("ANPAC's Motion to Dismiss); and

(3) Plaintiffs' **Unopposed Second Motion for Enlargement of Time** [Doc. # 23, filed 9/23/2013] (the "Motion for Enlargement").

Consistent with matters discussed at the scheduling conference, on the recommendation of the parties, and for the reasons stated on the record there,

IT IS ORDERED:

(1) The First Amended Complaint and Jury Demand [Doc. # 10] is WITHDRAWN and is of no continuing effect. The plaintiffs shall file a motion to amend the Complaint to add claims against Kevin L. Schneider, if at all, on or before October 9, 2013;

(2) The case caption is modified as indicated above;

(3) Schneider's Motion to Dismiss [Doc. # 14] is DENIED as moot;

(4) ANPAC's Motion to Dismiss [Doc. # 15] is DENIED as moot; and

(5) The Motion for Enlargement [Doc. # 23] is GRANTED through the time of the scheduling conference.

Dated October 2, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge