IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-1877-CMA-BNB | Date: October 30, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| DENNIS PAPPAS | *Thomas W. Henderson, IV* |
| NANCY PAPPAS | *Nelson P. Boyle* |
| **Plaintiff(s)** | |
| v. | |
| KEVIN L. SCHNEIDER | *Elaine K. Stafford* |
| AMERICAN NATIONAL PROPERTY & | |
| CASUALTY COMPANY | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:58 a.m.

Appearance of counsel.

Argument presented on [31] Motion for Leave to File Amended Complaint.

For reasons stated on the record, it is

**ORDERED:** [31] Motion for Leave to File Amended Complaint is GRANTED. The Clerk of Court is directed to accept the Amended Complaint for filing.

**RECOMMENDED:** The case be remanded to state court. Parties have 14 days to object to recommendation.

Court in Recess: 10:01 a.m.   Hearing concluded.   Total time in Court: 01:03

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119